IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
OCT 23 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:25mj229 |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | Theft of Public Property |
| JAMES D. SHEA, | ) | |
| | ) | |
| *Defendant.* | ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

From in or about September 2023, and continuing through in or about February 2024, the exact dates being unknown, in the Eastern District of Virginia, defendant JAMES D. SHEA, did willfully and knowingly embezzle, steal, and purloin property of the United States, that is SHEA submitted claims for Lodging and Family Separation entitlements to which he was not entitled.

(In violation of Title 18, United States Code, Section 641.)

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By: _____
Joseph L. Kosky
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-6689
E-Mail Address - joseph.kosky@usdoj.gov